# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THOMAS RANGE, #190180,

    Petitioner,

v.                                                                                           CASE NO. 2:09-CV-10945

MARY BERGHUIS,

    Respondent.
_____/

## JUDGMENT

In accordance with the April 30, 2015 Opinion and Order issued in this case,

IT IS ORDERED AND ADJUDGED that the Petition for a Writ of Habeas Corpus is DENIED and DISMISSED WITH PREJUDICE. Dated at Detroit, Michigan, this 30th day of April, 2015.


                    DAVID J. WEAVER
                    CLERK OF THE COURT


        BY:  <u>s/Lisa Wagner</u>
              Case Manager to
              Judge Robert H. Cleland